IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SUAREZ TORRES,<br><br>  Plaintiff,<br><br>    v.<br><br>RESTAURANTE FLAVOR CHINA, *et al.*,<br><br>  Defendants, | CIVIL NO. 16-1849 (JAG) |

## JUDGMENT

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, Docket No. 15, the Court hereby enters Judgment dismissing all of Plaintiff's remaining claims WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 26th day of August, 2016.

s/ Jay A. Garcia-Gregory<br>
JAY A. GARCIA-GREGORY<br>
U.S. DISTRICT COURT JUDGE